■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DENAGA, Appellant.—Appeal by defendant, as limited by his brief, from a sentence and amended sentence of the County Court, Nassau County, both imposed September 12, 1977. Sentence and amended sentence affirmed (see *People v Broadie,* 37 NY2d 100, cert den 423 US 950; *People v Hayden,* 76 AD2d 1045, mot for lv to app den 51 NY2d 731). Mollen, P. J., Lazer, Cohalan and Margett, JJ., concur.